Brent Reed
Name

07765-112
Person Identification/Booking No.

P.O.Box 4000 Springfield MO. 65801
ADDRESS or PLACE OF CONFINEMENT

NOTE: If represented by an attorney; his name, address & telephone number.

NOTE: It is your responsibility to notify the Clerk of Court in writing of any change of address.

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN
## DISTRICT OF MISSOURI

Brent Reed
**FULL NAME** (Include name under which you were convicted) **Petitioner**,

09-3261-CV-S-DGK
**CASE No.**
To be supplied by the clerk of the United States District Ct.

**CASE No.** 08-3210
Criminal case under which sentence was imposed.

**VS.**

Marty Anderson
**NAME OF WARDEN,** (or other authorized person having custody of petitioner)
**Respondent.**

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY (28 U.S.C. § 2241)

### INSTRUCTIONS READ CAREFULLY

This petition shall be legibly handwritten or typewritten, signed by the **petitioner**, **under penalty** of **perjury.** You must set forth **CONCISELY** the answer to each question in the proper space on the form. Any statement of **a material** fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition except that **ONE** separate additional page is permitted in answering Question No. 9.

PETITION

1. Place of detention MCFP Springfield

2. Name and location of court which imposed sentence U.S. District ~~Court of Miss~~ouri

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:

(a) ______

(b) ______

(c) ______

4. The date upon which sentence was imposed and the terms of the sentence ,

(a) ______

(b) ______

(c) ______

5. Check whether a finding of guilty was made:

(a) After a plea of guilty ______

(b) After a plea of not guilty 18 USCA £ 4246

(c) After a plea of nolo contendere ______

6. If you were found guilty after a plea not guilty, check whether that finding was made by:

(a) a jury ______

(b) a judge without a jury 13USCA 4246

7. Did you appeal from the judgement of conviction or the imposition of sentence?

(x x) YES ( ) NO

8. If you did appeal, give the following information for each appeal:

(a) (1) Name of court U.S. Court Of Appeals For The Eighth Circuit

(2) Result Affirmed

(3) Date of result 3/30/09

(4) Citation or number of opinion ______

(5) Ground raised (list each)

(a) A Mental Disease or defect:

(b) The initial Commitment:

(c) Dangerousness:

(d)

(b) (1) Name of court U.S. Court Of Appeals For the Eighth Circuit

(2) Result Affirmed

(3) Date of result March 30, 2009

(4) Grounds raised (list each)

(a) Same

(b) Same

(c) Same

(d) Same

**CAUTION:** If you are attaching a sentence imposed under a federal judgement, you must first file a direct appeal or motion under **U.S.C. § 2255** in the federal court which entered the judgement.

9. State **CONCISELY** every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting ground. If necessary, attach a **SINGLE** page only behind this page.

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

(a) Ground one A Mental Disease Or Defect:

Supporting **FACTS** (tell your story **BRIEFLY** without siting cases or law).

**CAUTION:** You must state facts not conclusions in support of your grounds. A rule of thumb to follow is - who did exactly what to violate your rights at what time and place.

A mental disease or defect: I have recovered my sanity so I am entitled be released :Violation of Due Process

(b) Ground Two The Initial Commitment:

Supporting **FACTS** (Tell your story **BRIEFLY** without siting cases or law).

The initial commitment was valid only up to a period of 4 months and continued committment pursuant to4246 was secured without statutory authority and is in violation of myDue Process rights.

U.S.vs Baker 807 F.2d 1 317

(c) Ground Three Dangerousness.

Supporting **FACTS** (Tell your story **BRIEFLY** without citing cases or law).

Statute requires a causal nexus between the mental disease or defect and dangerousness.

(d) Ground Four Violation of 18 USCA § 3161 &3162

Constitutional Law U.S. C.A. Const Amend 5,14

Supporting **FACTS** (Tell your story **BRIEFLY** without siting cases or law).

Dismissal of Charges if maxium limits under the act are exceeded

The court must dismiss the Charges or indicment

Delays Excludalbe: USCA 3162

Dismissal for failure to try within time limit.

One of the fundamental requirments of Due Process is that individual must receive adequate noticeof charges of claim being asserted against him

10. Have you filed previous petitions for habeas corpus, motion under Section **2255** of **Title 28, United States Code**, or any other applications, petitions or motions with respect to this conviction?

( x ) **Yes** ( ) **No**

11. If your answer to Question No. 10 was yes, give the following information:

(a) (1) Name of court ~~U.S. District Court Of Missouri~~

(2) Nature of proceeding 28 USC 2255 09-3246- CV-S-RED-H

(3) Grounds raised same

(4) Result pending

(5) Date of result

(6) Citation or number of any written opinions or orders entered pursuant to each disposition.

09-3246-CV-S-RED-H

(b) (1) Name of court

(2) Nature of proceedings

(3) Grounds raised

(4) Result

(5) Date of result

(6) Citation or number of any written opinions or orders entered pursuant to each disposition.

12. If you did not file a motion under Section **2255** of **Title 27/8, United States Code**, or if your filed such a motion and it was denied and why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

13. Are you presently represented by counsel? ( ) **Yes** (XX) **No**

If so, name, address and telephone number ______________________

Case name and court ______________________

14. If you are seeking leave to proceed in forma pauperis, have you completed the declaration setting forth the required information?

(XX) **Yes** ( ) **No**

**WHEREFORE,** petitioner prays that the court grant petitioner relief to which he may be entitled in this proceedings,

______________________
Signature of Attorney (if any)

**I declare ( or certify, verify, or state ) under penalty of perjury that the foregoing is true and correct.**

**Executed on** 7/ /09
( Date )

Brent M. Reed
Signature of Petitione